# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

HEATHER JEANNINE KALEY             CASE NO. 22-bk-02315-GER
                                                                        CHAPTER 7

            Debtor.
_____/

## **PROOF OF SERVICE**

I hereby certify that a true and correct copy of the *Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay* (Doc. No. 19) was served by CM/ECF notice and first class mail this 1st day of August 2022.

                                                   */s/ Gavin N. Stewart*
                                                   Gavin N. Stewart, Esquire
                                                   Florida Bar Number 52899
                                                   P.O. Box 5703
                                                   Clearwater, FL 33758
                                                   P: (727) 565-2653
                                                   F: (727) 213-9022
                                                   E:bk@stewartlegalgroup.com
                                                   Counsel for Movant

**VIA FIRST CLASS MAIL**
Heather Jeannine Kaley
14924 Gaulberry Run
Winter Garden, FL 34787

**VIA CM/ECF NOTICE**
Lori Patton
Lori Patton, Trustee
377 Maitland Ave
Ste 1004
Altamonte Springs, FL 32701