IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

FILED

Date: 08/15/2022    via: email
Clerk, U.S. Bankruptcy
Orlando Division

**In re**

**HEATHER JEANNINE KALEY,**

Case No.
22-bk-02315-GER

Debtor.

### DEBTOR'S MOTION TO VACATE AND RECONSIDER DISMISSAL ORDER

**COMES NOW**, the DEBTOR, **HEATHER JEANNINE KALEY**, appearing *pro se*, who files this Motion to Vacate the Order of August 5, 2022, dismissing the action without prejudice on the grounds that the defects have been cured, and in support thereof states as follows:

1. On August 5, 2022, this Court issued an order upon its own consideration that there were certain deficiencies: namely a Statement of Financial Affairs was missing from the paperwork. The case was dismissed without prejudice (para. 1), and indicated the Debtor had the opportunity to file a motion to vacate or reconsider the Order dismissing the case within 14 days of the Order. (para. 3).

2. At this time the defects indicated in the Court Order of August 5, 2022 have been cured. Namely, the Statement of Financial Affairs has been filed, and the filing fee has been paid.

3. The Debtor apologizes for the lack of her diligence in ensuring all the necessary documents were filed and mistakenly failed to file that form.

4. Debtor respectfully requests that the Court vacate and reconsider its Order Dismissing the Case.

   **WHEREFORE**, the Debtor respectfully requests that this Court vacate and reconsider its Order Dismissing the Case dated August 5, 2022, and for such other and further relief as this Court deems jut and proper.

Dated:	August 15, 2022
	Winter Garden, Florida

/s/ Heather Jeannine Kaley
_____
Heather Jeannine Kaley
Email: hjkaley@gmail.com
Pro Se
14924 Gaulberry Run
Winter Garden, Florida 34787
Phone 407-353-1588

## Certificate of Service

I HEREBY Certify that a true and correct copy of the foregoing was filed with the Court by first class mail delivered to 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and by email to flmb-intake-orlando@flmb.uscourts.gov, and with the parties on the below service list by first class mail on the 15 of August, 2022.

Dated:  August 15, 2022
        Winter Garden, Florida

/s/ Heather Jeannine Kaley

_____
Heather Jeannine Kaley
Email: hjkaley@gmail.com
Pro Se
14924 Gaulberry Run
Winter Garden, Florida 34787
Phone 407-353-1588

**SERVICE LIST**

Sophia Dean
The Orlando Law Group, PL
12301 Lake Underhill Road
Suite 213
Orlando, Florida 32828

Gavin Stewart, Esq.
Stewart Legal Group
P.O. Box 5703
Clearwater, Florida 33758

Lori Patton
Lori Patton, Trustee
377 Maitland Avenue
Suite 1004
Altamonte Springs, Florida 32701